■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ALLEN BROWN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Zelman, J.), rendered November 11, 1983, convicting him of robbery in the first degree and robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Judgment affirmed.

The issues raised are either without merit or unpreserved for our review. Mangano, J. P., Gibbons, Brown and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR BURTHEY, Appellant.—Appeal by the defendant from an amended judgment and two judgments of the Supreme Court, Queens County (Ferraro, J.), all rendered November 24, 1982, convicting him of violation of probation under indictment No. 678/81, attempted assault in the first degree under indictment No. 669/82 and burglary in the third degree under indictment No. 1128/82, respectively, upon his pleas of guilty, and imposing sentences.

Amended judgment and judgments affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.